# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Robert Subby,

       Plaintiff,                   Civil No. 09-1379 (RHK/JSM)

vs.                      **DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

Wyeth, Inc., et al.,

       Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 11, 2009

                                              s/Richard H. Kyle
                                              RICHARD H. KYLE
                                              United States District Judge